**FURTHER ORDERED AND ADJUDGED** that the district court's order filed January 3, 2014, be affirmed. The district court properly dismissed the complaint without prejudice for lack of subject matter jurisdiction because it is not a civil action arising under federal law, *see* 28 U.S.C. §§ 1331, or between citizens of different states with an amount in controversy of more than $75,000, *see* 28 U.S.C. § 1332; nor does the complaint allege any other basis for the district court's jurisdiction. *See also Bilal v. Kaplan*, 904 F.2d 14, 15 (8th Cir.1990) (per curiam) ("[F]ederal court jurisdiction must affirmatively appear clearly and distinctly. The mere suggestion of a federal question is not sufficient to establish the jurisdiction of federal courts."). The dismissal without prejudice allows appellant to file a new complaint that sets forth a basis for the district court's subject matter jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

BEFORE: BROWN and KAVANAUGH, Circuit Judges, and GINSBURG, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 14, 2014, be affirmed. Appellant's brief concerns his application for naturalization, and identifies no error in the district court's decision to deny him in forma pauperis status and bar him from filing documents unaccompanied by any complaint or petition.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**In re Serajul HAQUE, Appellant.**

No. 14–5052.

United States Court of Appeals, District of Columbia Circuit.

July 29, 2014.

Serajul Haque, Milpitas, CA, pro se.

**Johnathan JOHNSON, Appellant**

v.

**Andrew DOWNS and William K. Suter, Clerk, Appellees.**

No. 13–5356.

United States Court of Appeals, District of Columbia Circuit.

July 31, 2014.